**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bobby Samuel HUGHES, Jr., Defendant–Appellant.**

**No. 12–6753.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 20, 2012.

Decided: Nov. 2, 2012.

Bobby Samuel Hughes, Jr., Appellant Pro Se. Gurney Wingate Grant, II, David Thomas Maguire, Elizabeth Wu, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Samuel Hughes, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Hughes,* No. 3:00–cr–00004–JRS–1 (E.D.Va. Apr. 6, 2012). We deny Hughes' motion for appointment of counsel. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*